1 | PHILLIP A. TALBERT
United States Attorney
2 | ADRIAN T. KINSELLA
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

**FILED**
May 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ORDER |
|---|---|
| A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | 2:21-sw-0755-DB |
| A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | 2:21-sw-0826-KJN |
| A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | 2:21-sw-0888-DB |
| A 2010 SILVER BMW, WITH LICENSE PLATE 8STW027 AND VIN # WBANU5C59AC129978 | 2:22-sw-0014-DB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: May 4, 2022

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER